| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>September 02, 2021<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARMANDO RAZO,<br><br>　　　　　Defendant. | Case No.  2:21-mj-138-CKD<br><br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ARMANDO RAZO ,

Case No. 2:21-mj-138-CKD  Charge 21 USC § 841(a)(1) and 841(b)(1)(A)(viii) ,

from custody for the following reasons:

　　　　　_____  Release on Personal Recognizance

　　　　　__X__  Bail Posted in the Sum of $ _____

　　　　　　　　　x    Unsecured Appearance Bond $   25,000.00

　　　　　　　　_____  Appearance Bond with 10% Deposit

　　　　　　　　_____  Appearance Bond with Surety

　　　　　　　　_____  Corporate Surety Bail Bond

　　　　　　　　_____  (Other):

Issued at Sacramento, California on September 02, 2021 at 2:57 pm_____.

　　　　　　　　　　　　　　　　By:    /s/ Carolyn K. Delaney_____

　　　　　　　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney